

CLOSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

'03 MAR 12 P5:33

U.S. DIST. COURT CLERK
EAST DIST. MICH
DETROIT

**LISA KESNER,**

        Plaintiff,

vs.                                              **CASE NO. 01-71994**

**LITTLE CAESARS ENTERPRISES, INC.,**     **HON. LAWRENCE P. ZATKOFF**
a Michigan corporation; et al,

        Defendants,

---

**DEBORAH L. GORDON, PLC.**
**Deborah L. Gordon (P27058)**
Attorneys for Plaintiff
26862 Woodward Avenue, Suite 202
Royal Oak, Michigan 48067-0959
Telephone 248 542 3784

**KECSKES & ASSOCIATES, PLLC**
**Keith J. Kecskes (P48560)**
Attorneys for Plaintiff
340 Back, N. Main, Suite G1
Plymouth Michigan 48170
Telephone 734 354 8600

**PLUNKETT & COONEY, PC**
**Stanley C. Moore, III (P23358)**
**Michael D. Weaver (P43985)**
Attorneys for Defendants
38505 Woodward Avenue, Suite 3000
Bloomfield Hills Michigan 48304
Telephone 248 901 4025

---

### JUDGMENT ON JURY VERDICT

At a session of said Court held in the
Theodore Levin United States Courthouse

on     **1 2 MAR 2003**

**PRESENT: HONORABLE LAWRENCE P. ZATKOFF**
**Chief, Judge**

This action having come before the Court for a trial by jury, the issues having been tried and the jury having rendered a verdict in Plaintiff's favor on February 13, 2003,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby granted in favor of the

Plaintiff and against Defendant Olympia Aviation, L.L.C., in the amount of Two Hundred Thousand Dollars (**$200,000.00**) as follows:

| | |
|---|---|
| Economic damages to present time: | $ 75,000.00 |
| Non-economic damages to present time: | $ 75,000.00 |
| Economic damages in future: | $ 50,000.00 |

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff may move for recovery of taxable costs pursuant to Fed.R.Civ.P. 54(d)(1), 28 USC §1920, and the Court's Bill of Costs Handbook, and that Plaintiff may move the Court for an award of other costs, attorney fees and interest as allowed by law. Fed R. Civ. P.54(d)(2); MCL §37.2802; MCL §600.6013 and MCR 2.403. All costs, attorney fees and interest so awarded will be incorporated by reference into this Judgment.

**IT IS SO ORDERED.**

_____
United States District Judge

**Approved as to form:**

**DEBORAH L. GORDON, PLC.**

By _____
Deborah L. Gordon (P27058)
Attorneys for Plaintiff

**PLUNKETT & COONEY, PC**
Attorneys for Defendants

By _____ (per attached)
Michael D. Weaver (P43985)

Plaintiff and against Defendant Olympia Aviation, L.L.C., in the amount of Two Hundred Thousand Dollars ($200,000.00) as follows:

| | |
|---|---|
| Economic damages to present time: | $ 75,000.00 |
| Non-economic damages to present time: | $ 75,000.00 |
| Economic damages in future: | $ 50,000.00 |

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff may move for recovery of taxable costs pursuant to Fed.R.Civ.P. 54(d)(1), 28 USC §1920, and the Court's Bill of Costs Handbook, and that Plaintiff may move the Court for an award of other costs, attorney fees and interest as allowed by law. Fed R. Civ. P.54(d)(2); MCL §37.2802; MCL §600.6013 and MCR 2.403. All costs, attorney fees and interest so awarded will be incorporated by reference into this Judgment.

IT IS SO ORDERED.

_____
United States District Judge

Approved as to form:

DEBORAH L. GORDON, PLC.

By_____
Deborah L. Gordon (P27058)
Attorneys for Plaintiff

PLUNKETT & COONEY, PC
Attorneys for Defendants

By /s/ Michael D. Weaver
Michael D. Weaver (P43985)